# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

The Trustees of the Minnesota Ceramic Tile and Allied Trades Fringe Benefit Funds,

Civil File No. 00-397 PAM/JGL

Plaintiffs,

vs.

**INJUNCTION**

Northland Tile, Inc., a Minnesota corporation, and Ronald J. Schumann,

Defendants.

Pursuant to this Court's Order dated May 12, 2000:

1. Defendants, and each of them, are to submit forthwith to Plaintiffs' Third-Party Administrator ("TPA") all delinquent fringe benefit contribution Report Forms and pay forthwith fringe benefit contribution payments for all months for which Defendants are delinquent, together with interest and liquidated damages.

2. Defendants, and each of them, are to submit forthwith to Plaintiffs' TPA all their books and records for an audit disclosing the amount of unpaid fringe benefit contribution payments.

3. The Defendants, and each of them, shall cooperate in all ways with this audit.

4. Defendants, and each of them, are required to post with Plaintiffs' TPA a cash or surety bond in an amount determined by Plaintiffs of not less than $30,000.00 to the Minnesota Ceramic and Tile and Allied Trades Fringe Benefit Funds.

5. Defendants, acting through their directors, officers, agents, servants, employees, shareholders, and all persons acting in privity or in concert with it, are MANDATED to submit to Plaintiffs' TPA all

FILED MAY 15 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

fringe benefit contribution Report Forms and all fringe benefit contribution payments as they become due.

BY THE COURT:

Dated: May 12, 2000

Paul A. Magnuson
Chief United States District Judge

H:\Labor\active files\6200_6240 Ceramic Tile\6240.13 Northland\Injunction.doc