RECEIVED
JUL 11 2000
CLERK, U.S. DIST. COURT
ST. PAUL, MN

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

The Trustees of the Minnesota Ceramic Tile and Allied Trades Fringe Benefit Funds,

Civil File No. 00-397 PAM/JGL

Plaintiffs,

vs.

**ORDER TO SHOW CAUSE**

Northland Tile, Inc., a Minnesota corporation, and Ronald J. Schumann,

Defendants.

---

TO: Northland Tile, Inc. and Ronald J. Schumann, Defendants above-named pro se:

YOU WILL EACH PLEASE TAKE NOTICE that on the attached Notice of Motion and Motion and the Affidavit of Andrew E. Staab, Esq., and on all files, records and proceedings herein, and on the motion of Andrew E. Staab, attorney for Plaintiffs, and the Court being duly advised in the premises.

1. IT IS HEREBY ORDERED THAT YOU, RONALD J. SCHUMANN, PERSONALLY APPEAR AND SHOW CAUSE, if any you have, before the Honorable Paul A. Magnuson, Chief United States District Judge at Courtroom 1, United States Courthouse and Federal Building, 316 North Robert Street, St. Paul, Minnesota on the 11th day of August, 2000, at 2:00 o'clock p.m. or as soon thereafter as counsel can be heard, why the Court should not grant the relief requested in the attached Notice of Motion and Motion.

2. IT IS FURTHER ORDERED that you bring with you all books, payroll records, and employment records of Northland Tile, Inc. from January 1997 to the present including payroll cards, and tax returns, both federal and state for tax years 1997, 1998, and 1999.

FILED JUL 11 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

3. Let this Order to Show Cause be served on Defendants personally by giving them a certified copy of the same.

Dated: July 11, 2000

BY THE COURT:

Paul A. Magnuson
Chief United States District Judge

H:\Labor\6200_6240 Ceramic Tile\6240.13 Northland\Docs\Order Show Cause.doc