# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

The Trustees of the Minnesota Ceramic Tile and Allied Trades Fringe Benefit Funds,

Civil File No. 00-397 PAM/JGL

Plaintiffs,

vs.

**ORDER**

Northland Tile, Inc., a Minnesota corporation, and Ronald J. Schumann,

Defendants.

TO: The United States of America to Charles L. Zacharias, United States Marshal:

You are hereby required and commanded to arrest and incarcerate Ronald J. Schumann, co-Defendant and President of Defendant Northland Tile, Inc., whose last known address is 3241 Regent Avenue North, Golden Valley, Minnesota 55422, until such time as the directives of this Court's Orders of May 12, 2000 and July 11, 2000 are complied with.

Dated: September 25, 2000

BY THE COURT:

Paul A. Magnuson
Chief United States District Judge

H:\Labor\6200_6240 Ceramic Tile\6240.13 Northland\Docs\Order to Incarcerate.doc



FILED SEP 25 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______