# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

The Trustees of the Minnesota Ceramic Tile and Allied Trades Fringe Benefit Funds,

Plaintiffs,

vs.

Northland Tile Inc., a Minnesota corporation, and Ronald J. Schumann

Defendants.

Civil File No.00-397 PAM/JGL

**ORDER FOR JUDGEMNT**

That the above-entitled matter came on without hearing before the undersigned upon Plaintiffs' motion for entry of judgment by default against Defendant, and consistent with this Court's Orders in this matter.

Based upon the May 12, 2000 Order, the Affidavit of Andrew E. Staab, and all files, records and proceedings herein,

IT IS HEREBY ORDERED:

**ORDER**

That the Clerk of Court shall enter judgment in favor of Plaintiffs and against the Defendants, jointly and severally in the amount of $11,961.42.

Dated: January 10, 2001

Paul A. Magnuson
Chief United States District Judge

H:\Labor\6200_6240 Ceramic Tile\6240.13 Northland\Docs\Order for judgment.doc
dmm

FILED JAN 17 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD JAN 17 2001
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## CIVIL NOTICE

DATE MAILED TO COUNSEL/PRO SE PARTIES: JAN 17 2001

The purpose of this notice is to summarize the time limits for filing with the District Court Clerk's Office a Notice of Appeal to the Eighth Circuit Court of Appeals from a final decision of the District Court in a civil case.

***This is a summary only. For specific information on the time limits for filing a Notice of Appeal, review the applicable federal civil and appellate procedure rules and statutes.***

Rule 4(a) of the Federal Rules of Appellate Procedure (Fed. R. App. P.) requires that a Notice of Appeal be filed within:

1. Thirty days (60 days if the United States is a party) after the date of "entry of the judgment or order appealed from;" or

2. Thirty days (60 days if the United States is a party) after the date of entry of an order denying a timely motion for a new trial under Fed. R. Civ. P. 59; or

3. Thirty days (60 days if the United States is a party) after the date of entry of an order granting or denying a timely motion for judgment under Fed. R. Civ. P. 50(b), to amend or make Additional findings of fact under Fed. R. Civ. P. 52(b), and/or to alter or amend the judgment under Fed. R. Civ. P. 59; or

4. Fourteen days after the date on which a previously timely Notice of Appeal was filed.

If a Notice of Appeal is not timely filed, a party in a civil case can move the District Court pursuant to Fed. R. App. P. 4(a)(5) to extend the time for filing a Notice of Appeal. This motion must be filed no later than 30 days after the period for filing a Notice of Appeal expires. If the motion is filed after the period for filing a Notice of Appeal expires, the party bringing the motion must give the opposing parties notice of it. The District Court may grant the motion, but only if excusable neglect or good cause is shown for failing to file a timely Notice of Appeal.